IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AQUI'SHA MARRERO, et al.    :    CIVIL ACTION
                            :
        v.                  :
                            :
KRA CORPORATION and KNOWLTON :
R. ATTERBEARY               :    NO. 09-cv-2516-JF

ORDER

AND NOW, this 23rd day of February 2010, upon consideration of Plaintiffs' Motion for Conditional Certification, and the response thereto, IT IS ORDERED:

That Plaintiffs' motion to proceed as a collective action pursuant to 29 U.S.C. § 216(b) is conditionally GRANTED and the parties shall proceed as follows:

1. Within 14 days of the entry of this Order, Defendants shall produce a list containing the full name and last known address of all persons Defendants employed as a Career Agent during any workweek in the three years prior to the entry of this Order; and

2. Within 14 days of the entry of this Order, the parties shall submit to the Court proposed language for a Notification Form to be approved by the Court apprising potential plaintiffs of their right under Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b), to join this action as party plaintiffs. In drafting the proposed notification language, the parties should "be scrupulous to respect judicial neutrality" and

"take care to avoid even the appearance of judicial endorsement of the merits of the action." Hoffmann-LaRoche Inc. V. Sperling, 493 U.S. 165, 174 (1989).

BY THE COURT:


_/s/ John P. Fullam_
John P. Fullam, Sr. J.